IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-01140-RBJ

ESTATE OF TANYA MARTINEZ;
JUDY ARMIJO, as Personal Representative of the Estate of Tanya Martinez;
ESAI MARTINEZ, a minor, by and through his grandmother, Judy Armijo; and
ANGEL MARTINEZ,

      Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY FOR PUEBLO
COUNTY COLORADO, a governmental entity;
KIRK TAYLOR, in his official capacity as Pueblo County Sheriff;
CORRECTIONAL HEALTHCARE COMPANIES, INC.;
CORRECTIONAL HEALTHCARE PHYSICIANS, P.C.;
CORRECT CARE SOLUTIONS, LLC;
MIKE WHITE, E.M.T., in his individual and official capacities;
JENNIFER SCOTT, R.N., in her individual and official capacities;
KIM MURRAY, L.P.N., in her individual and official capacities;
NORMA MOWER, PA-C, in her individual and official capacities;
DEPUTY CINDY GOMEZ, in her individual and official capacities;
DEPUTY DEANA COOK, in her individual and official capacities; and
DEPUTY ANNADENE LUCERO, in her individual and official capacities,

      Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

      This matter has been scheduled for a ten day **Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **October 17, 2016 at 9:00 a.m.**

      A Trial Preparation Conference is set for **September 8, 2016 at 9:00 a.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least five business days in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 5th day of November, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge